IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY VICTOR GOLDMAN, | : | |
| Petitioner, | : | |
| vs. | : | CA 19-0844-JB-MU |
| TREY OLIVER, III,, et al., | : | |
| Respondents. | | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated November 14, 2019 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 2nd day of December, 2019.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE